(October 30, 1942.)

In the Matter of ELIZABETH V. TALBOT, Respondent, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of EDWARD BROSCH, as Administrator of the Estate of FRANK BROSCH, Deceased. FRIEDA BROSCH, Appellant, EDWARD BROSCH, Administrator, et al., Respondents.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BEN STERNFELD, Respondent, v. VANITY BRIDGE CLUB, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ALLEGRO FOR CHILDREN, INC., Respondent, v. BENJAMIN WEISBROD, Appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ANNIE FASTENBERG, Suing in Behalf of Herself and Other Stockholders of WARNER BROS. PICTURES, INC., Respondent, v. STANLEIGH P. FRIEDMAN et al., Appellants.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

FRENCH AMERICAN FUR CORPORATION, Appellant and Respondent, v. EURASIA IMPORT CO., INC., Respondent and Appellant.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of RUBY P. DAVIS, Respondent, against PATRICK WALSH, Fire Commissioner of the City of New York, et al., Respondents. MARY HERGENROTHER, Intervening-Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SIDNEY KULICK, Appellant, v. ACME HOLDING CORPORATION, Respondent., et al., Defendant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

UNITED STATES OF AMERICA, Respondent, v. LOUIS H. PINK, Superintendent of Insurance of the State of New York, Respondent, and BENJAMIN N. KRAUT, et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.